Kim S. LITTLEJOHN, Petitioner

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2015–3059.

United States Court of Appeals,
Federal Circuit.

Jan. 7, 2016.

Daniel F. Read, Durham, NC, argued for petitioner.

Shari A. Rose, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Scott D. Austin.

MOORE, BRYSON, and WALLACH, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.